**Fill in this information to identify your case:**

Debtor 1    Douglas Brilliant
_____
First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number    26-50053_____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... | $ 2,313.32 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .............................................................. | $ 2,313.32 |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... | + $ 5,435,239.05 |
| **Your total liabilities** | $ 5,435,239.05 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ..................................................... | $ 9,901.20 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* .......................................................... | $ 9,901.20 |

Debtor 1    Douglas Brilliant

First Name        Middle Name        Last Name

Case number *(if known)* 26-50053

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|-----------------------------------------------------------------|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   |  | Total claim |
   |--|-------------|
   | **From Part 4 on *Schedule E/F*, copy the following:** |  |
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

---

**Fill in this information to identify your case and this filing:**

Debtor 1        Douglas Brilliant
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number      26-50053
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................➤  $ 0.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...............................................................................➤  $ 0.00

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|
| | Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe..........          $ 0.00

Debtor 1      Douglas Brilliant
              First Name    Middle Name    Last Name                                    Case number *(if known)* 26-50053

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
   collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..........

   | Cell phone, computer, television | $ 1,100.00 |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..........

   $ 0.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
   and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..........

   $ 0.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related
    equipment

    ☐ No
    ☑ Yes. Describe..........

    | Glock | $ 125.00 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes,
    accessories

    ☐ No
    ☑ Yes. Describe..........

    | Everyday Clothing | $ 200.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
    silver

    ☑ No
    ☐ Yes. Describe..........

    $ 0.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.........

    | 3 dogs | $ 0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

    $ 0.00

Debtor 1  Douglas Brilliant

First Name    Middle Name    Last Name

Case number *(if known)* 26-50053

---

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**................................................................➤ | $1,425.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.................................................................................................... Cash .......................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.................

Institution name:

17.1. Checking account:    Ally Financial    $ 323.14

17.2. Checking account:    Bank of America Joint with NF Person    $ 565.18

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Lake Erie Medical, LLC | 25 % | $ 0.00 |
| Peachtree Medical Group LLC | 25 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..........

Issuer name:

_____    $ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately

| Type of account: | Institution name: | Value: |
|---|---|---|
| 401(k) or similar plan: | | $ 0.00 |
| Pension plan: | | $ 0.00 |
| IRA: | | $ 0.00 |
| Retirement account: | | $ 0.00 |
| Keogh: | | $ 0.00 |
| Additional account: | | $ 0.00 |
| Additional account: | | $ 0.00 |

Debtor 1 ___Douglas___ _____ ___Brilliant___   Case number *(if known)* 26-50053
    First Name    Middle Name    Last Name

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

| | |
|---|---|
| Alimony: | $ 0.00 |
| Maintenance: | $ 0.00 |
| Support: | $ 0.00 |
| Divorce settlement: | $ 0.00 |
| Property settlement: | $ 0.00 |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

**31. Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

Debtor 1   Douglas Brilliant
First Name   Middle Name   Last Name
Case number *(if known)* 26-50053

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................➤    $ 888.32

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
| --- | --- |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe...

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................➤    $ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
| --- | --- |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1    Douglas Brilliant                                                          Case number *(if known)* 26-50053

First Name    Middle Name    Last Name

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information...

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.........................................................................➤   $ 0.00

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................................➤   $ 0.00

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**..................................................................................................➤   $ 0.00

56. **Part 2: Total vehicles, line 5**                                        $ 0.00

57. **Part 3: Total personal and household items, line 15**              $ 1,425.00

58. **Part 4: Total financial assets, line 36**                          $ 888.32

59. **Part 5: Total business-related property, line 45**                $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**       $ 0.00

61. **Part 7: Total other property not listed, line 54**             + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 2,313.32      Copy personal property total➤   +$ 2,313.32

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                                $ 2,313.32

**Fill in this information to identify your case:**

Debtor 1        Douglas Brilliant
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number    26-50053
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    **4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - Cell phone, computer, television<br>Line from *Schedule A/B:* 7 | $ 1,100.00 | ☑ $ 1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Firearms - Glock<br>Line from *Schedule A/B:* 10 | $ 125.00 | ☑ $ 125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Clothing - Everyday Clothing<br>Line from *Schedule A/B:* 11 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor    Douglas Brilliant

First Name        Middle Name        Last Name

Case number *(if known)* 26-50053

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Ally Financial (Checking Account) <br><br> Line from *Schedule A/B:* 17.1 | $323.14 | ☑ $323.14 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: Bank of America Joint with NF Person (Checking Account) <br><br> Line from *Schedule A/B:* 17.2 | $565.18 | ☑ $565.18 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br><br> Line from *Schedule A/B:* | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1     Douglas Brilliant
             First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name           Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number  26-50053
(if know)

☐ Check if this is
  an amended
  filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|
| 2. **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | |
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 | | |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1      Douglas Brilliant
_____First Name_____Middle Name_____Last Name_____

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number      26-50053
(if know)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

☐ **No. Go to Part 2.**

☑ **Yes.**

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

**2.1**

Georgia Department of Labor
Priority Creditor's Name

148 Andrew Young Inter. Blvd
Number    Street

Room 738

Atlanta GA      30303-0000

City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

$ 0.00      $ 0.00      $ 0.00

**2.2**

Georgia Department of Revenue
Priority Creditor's Name

Compliance Division - Central Collection
Number    Street

Section

2595 Century Parkway NE, Suite 331

Atlanta GA    30345
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

---

**2.3**

Internal Revenue Service
Priority Creditor's Name

PO BOX 7346
Number    Street

Philadelphia PA    19101
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

---

**2.4**

Lori Ellen Brilliant
Priority Creditor's Name

1111 NW 94th Ave
Number    Street

Plantation FL    33322
City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**

- [x] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 0.00    $ 0.00    $ 0.00

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | | |
|---|---|---|---|

**4.1**

Amerant Bank, N.A.
*Nonpriority Creditor's Name*

220 Alhambra Circle
*Number   Street*

Coral Gables FL    33134
*City     State   ZIP Code*

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

$ 3,184,722.13

---

**4.2**

American Express
*Nonpriority Creditor's Name*

PO Box 15130
*Number   Street*

Wilmington DE    19850
*City     State   ZIP Code*

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   8002

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

$ 354,650.18

---

**4.3**

AmeriGas
*Nonpriority Creditor's Name*

PO Box 371473
*Number   Street*

Pittsburgh PA    15250
*City     State   ZIP Code*

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0053

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Utility Services

$ 1,152.84

| 4.4 | Bank of America | |
|---|---|---|

Nonpriority Creditor's Name

PO Box 672050

Number    Street

Dallas TX    75267

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 8330

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 76,100.00

---

| 4.5 | Berman Fink Van Horn, PC | |
|---|---|---|

Nonpriority Creditor's Name

3475 Piedmont Rd NE

Number    Street

Suite 1640

Atlanta GA    30305

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 4,271.20

---

| 4.6 | Bridge Source Investments, LLC | |
|---|---|---|

Nonpriority Creditor's Name

2281 Griffin Road

Number    Street

Fort Lauderdale FL    33312

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 534,292.00

| 4.7 | Caroline Alves | Last 4 digits of account number | $ 180,000.00 |
|---|---|---|---|

**Caroline Alves**
Nonpriority Creditor's Name

**107 Bowen Ln**
Number    Street

**Alpharetta GA    30004**
City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Monies Loaned / Advanced

$ 180,000.00

---

**4.8**

**Citibank, N.A.**
Nonpriority Creditor's Name

**P.O. Box 6191**
Number    Street

**Sioux Falls SD    57117-0000**
City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5684
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

$ 7,459.08

---

**4.9**

**Citi Simplicity**
Nonpriority Creditor's Name

**PO Box 790046**
Number    Street

**St. Louis MO    63179**
City      State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

$ 486.64

| 4.10 | Credit One BAnk |
|---|---|

Nonpriority Creditor's Name

PO Box 98873

Number    Street

Las Vegas NV        98873

City        State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7504

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ 2,022.65

---

| 4.11 | Elan Financial |
|---|---|

Nonpriority Creditor's Name

PO Box 108

Number    Street

St. Louis MO    63166

City        State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6372

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ 8,120.46

---

| 4.12 | Friedman CPA |
|---|---|

Nonpriority Creditor's Name

820 Peters Road

Number    Street

100

Plantation FL

City        State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business Debt

$ 8,110.00

---

| 4.13 | Halsted Financial Services | Last 4 digits of account number  5684 | $ 7,456.08 |
|---|---|---|---|

**Nonpriority Creditor's Name**

8001 Lincoln Ave

Number    Street

Suite 500

Skokie IL        60077

City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| 4.14 | JP Morgan Bank, N.A. | Last 4 digits of account number  2908 | $ 26,155.29 |
|---|---|---|---|

**Nonpriority Creditor's Name**

PO Box 15123

Number    Street

Wilmington DE        19850

City        State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

| 4.15 | JP Morgan Bank, N.A. | Last 4 digits of account number  5118 | $ 32,000.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

PO Box 15123

Number    Street

Wilmington DE        19850

City        State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7  of 13

Debtor    Douglas Brilliant
        First Name    Middle Name    Last Name

Case 26-50053-jrs    Doc 17    Filed 01/28/26    Entered 01/28/26 19:27:22    Case number (if known) 26-50058
                Document    Page 19 of 60

| 4.16 | Lee & Amtzis, P.L. | | **Last 4 digits of account number** _____ | $ 7,274.19 |

**4.16** Lee & Amtzis, P.L.
Nonpriority Creditor's Name

5550 Glades Road
Number    Street

STE 401

Boca Raton FL    33431
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services

$ 7,274.19

---

**4.17** Lending Club
Nonpriority Creditor's Name

PO Box 852039
Number    Street

Richardson TX    75085
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  2761
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 5,379.14

---

**4.18** Lending Club
Nonpriority Creditor's Name

176 Grand Street
Number    Street

4th Floor

New York NY    10013
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  8805
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 24,787.33

---

| 4.19 | LVNV Funding LLC | | $ 7,456.08 |

**4.19** LVNV Funding LLC
Nonpriority Creditor's Name

PO Box 10497
Number  Street

Greenville SC  29603
City  State  ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5684
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 7,456.08

---

**4.20** Medical Revenue Services
Nonpriority Creditor's Name

PO Box 1940
Number  Street

Melbourne FL  32902
City  State  ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1950
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Services

$ 637.92

---

**4.21** Northside Hospital
Nonpriority Creditor's Name

PO Box 101757
Number  Street

Atlanta GA  30392
City  State  ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 2788
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Medical Services

$ 4,088.39

**4.22**  Prosper Funding
Nonpriority Creditor's Name

2200 E. Devon Ave 200
Number    Street

DesPlaines IL      60018

City           State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  7536

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 22,051.06

---

**4.23**  QMed Corporation
Nonpriority Creditor's Name

2281 Griffin Road
Number    Street

Fort Lauderdale FL      33312

City               State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

**4.24**  Resurgent Capital Serivices
Nonpriority Creditor's Name

PO Box 510090
Number    Street

Livonia MI      48151

City         State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 32,412.36

**4.25**

S and D Wholesale, Inc.
Nonpriority Creditor's Name

2160 N Ocean Blvd
Number    Street

Fort Lauderdale FL    33305
City                State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Business Claim

$ 0.00

---

**4.26**

Sean P Dana
Nonpriority Creditor's Name

2160 N. Ocean Blvd
Number    Street

Ft. Lauderdale FL    33305
City                State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

**4.27**

Select Portfolio Servicing
Nonpriority Creditor's Name

PO Box 65450
Number    Street

Salt Lake City UT    84165-0000
City                State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Mortgage

$ 868,587.35

---

| | | |
|---|---|---|
| **4.28** | Steven Gorn | Last 4 digits of account number _____ $ 0.00 |

**Nonpriority Creditor's Name**

17858 Deauville Lane

Number   Street

Boca Raton FL   33496

City   State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

| | | |
|---|---|---|
| **4.29** | Synchrony | Last 4 digits of account number  7383 $ 6,566.68 |

**Nonpriority Creditor's Name**

PO Box 71711

Number   Street

Philadelphia PA   19176

City   State   ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| | | |
|---|---|---|
| **4.30** | Truist Bank | Last 4 digits of account number _____ $ 29,000.00 |

**Nonpriority Creditor's Name**

101 E. Kennedy Blvd

Number   Street

2800

Tampa FL   33602

City   State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  | | | Total claim |
|---|---|---|---|

| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | Total claim |
|---|---|---|---|

| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,435,239.05 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 5,435,239.05 |

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 13 of 13

**Fill in this information to identify your case:**

Debtor 1    Douglas Brilliant
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number    26-50053
(if know)
_____

☐ Check if this is
an amended
filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    Douglas Brilliant
      First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if know)    26-50053

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** Inventory Management Services, LLC<br>Name<br>110 E Las Olas Blvd Suite 1700<br>Street<br>Fort Lauderdale    FL    33301<br>City    State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| **3.2** JAM Wholesale, LLC<br>Name<br>1221 Chenille Circle<br>Street<br>Weston    FL    33327<br>City    State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| **3.3** Smoothie Holdings, LLC<br>Name<br>401 E Las Olas Blvd Suite 185<br>Street<br>Fort Lauderdale    FL    33301<br>City    State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| **3.4** The 1160 Building Condominium Assoc, Inc<br>Name<br>1160 South Rogers Circle Suite 2<br>Street<br>Boca Raton    FL    33487<br>City    State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |

| 3.5 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 2503 Princeton Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.6 | Villages Wellness Center, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 510 Country Line Rd #233/T | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Lady Lake | FL | 32159 | |
| | City | State | ZIP Code | |

| 3.7 | Dipromed, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.8 | Stone Medical Group, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.9 | ABS Holdings, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.10 | ABS Holdings II, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.11 | ABS Holdings III, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.12 | Your Prime Source, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 1696 West Hillsboro Blvd | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Deerfield Beach | FL | 33442 | |
| | City | State | ZIP Code | |

| 3.13 | 4All Ventures LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.1 |
| | 50 Mechanic Street | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Ballston Spa | NY | 12020 | |
| | City | State | ZIP Code | |

Debtor ____Douglas Brilliant_____ Case number (if known) 26-50050
First Name    Middle Name    Last Name

Case 26-50053-jrs    Doc 17    Filed 01/28/26    Entered 01/28/26 19:27:22    Desc Main
Document    Page 28 of 60

| 3.14 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.23 |
| | 2503 Princeton Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.15 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.2 |
| | 2503 Princeton Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.16 | Inventory Management Services, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 110 E Las Olas Blvd Suite 1700 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Fort Lauderdale | FL | 33301 | |
| | City | State | ZIP Code | |

| 3.17 | JAM Wholesale, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 1221 Chenille Circle | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.18 | Smoothie Holdings, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 401 E Las Olas Blvd Suite 185 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Fort Lauderdale | FL | 33301 | |
| | City | State | ZIP Code | |

| 3.19 | The 1160 Building Condominium Assoc, Inc | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 1160 South Rogers Circle Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.20 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 2503 Princeton Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.21 | Villages Wellness Center, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 510 Country Line Rd #233/T | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Lady Lake | FL | 32159 | |
| | City | State | ZIP Code | |

| 3.22 | Dipromed, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line  4.26 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.23 | Stone Medical Group, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Boca Raton | FL 33487 | |
| | City | State    ZIP Code | |

| 3.24 | ABS Holdings, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Boca Raton | FL 33487 | |
| | City | State    ZIP Code | |

| 3.25 | ABS Holdings II, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Boca Raton | FL 33487 | |
| | City | State    ZIP Code | |

| 3.26 | ABS Holdings III, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Boca Raton | FL 33487 | |
| | City | State    ZIP Code | |

| 3.27 | Your Prime Source, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 1696 West Hillsboro Blvd | | ☐ Schedule G, line ___ |
| | Street | | |
| | Deerfield Beach | FL 33442 | |
| | City | State    ZIP Code | |

| 3.28 | 4All Ventures LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 50 Mechanic Street | | ☐ Schedule G, line ___ |
| | Street | | |
| | Ballston Spa | NY 12020 | |
| | City | State    ZIP Code | |

| 3.29 | Inventory Management Services, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 110 E Las Olas Blvd Suite 1700 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Fort Lauderdale | FL 33301 | |
| | City | State    ZIP Code | |

| 3.30 | JAM Wholesale, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1221 Chenille Circle | | ☐ Schedule G, line ___ |
| | Street | | |
| | Weston | FL 33327 | |
| | City | State    ZIP Code | |

| 3.31 | Smoothie Holdings, LLC | | ☐ Schedule D, line ___ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 401 E Las Olas Blvd Suite 185 | | ☐ Schedule G, line ___ |
| | Street | | |
| | Fort Lauderdale | FL 33301 | |
| | City | State    ZIP Code | |

| 3.32 | The 1160 Building Condominium Assoc, Inc | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Circle Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.33 | Brilliant Enterprises, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 2503 Princeton Court | | ☐ Schedule G, line _____ |
| | Street | | |
| | Weston | FL  33327 | |
| | City | State  ZIP Code | |

| 3.34 | Villages Wellness Center, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 510 Country Line Rd #233/T | | ☐ Schedule G, line _____ |
| | Street | | |
| | Lady Lake | FL  32159 | |
| | City | State  ZIP Code | |

| 3.35 | Dipromed, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.36 | Stone Medical Group, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.37 | ABS Holdings, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.38 | ABS Holdings II, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.39 | ABS Holdings III, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1160 South Rogers Cir Suite 2 | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL  33487 | |
| | City | State  ZIP Code | |

| 3.40 | Your Prime Source, LLC | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.28 |
| | 1696 West Hillsboro Blvd | | ☐ Schedule G, line _____ |
| | Street | | |
| | Deerfield Beach | FL  33442 | |
| | City | State  ZIP Code | |

| 3.41 | 4All Ventures LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.28 |
| | 50 Mechanic Street | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Ballston Spa | NY | 12020 | |
| | City | State | ZIP Code | |

| 3.42 | Inventory Management Services, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 110 E Las Olas Blvd Suite 1700 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Fort Lauderdale | FL | 33301 | |
| | City | State | ZIP Code | |

| 3.43 | JAM Wholesale, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 1221 Chenille Circle | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.44 | Smoothie Holdings, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 401 E Las Olas Blvd Suite 185 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Fort Lauderdale | FL | 33301 | |
| | City | State | ZIP Code | |

| 3.45 | The 1160 Building Condominium Assoc, Inc | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Circle Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.46 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 2503 Princeton Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.47 | Villages Wellness Center, Inc. | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 510 Country Line Rd #233/T | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Lady Lake | FL | 32159 | |
| | City | State | ZIP Code | |

| 3.48 | Dipromed, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.49 | Stone Medical Group, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

Debtor   Douglas Brilliant
         First Name   Middle Name   Last Name                                    Case number (if known) 26-50053

| 3.50 | ABS Holdings, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Cir Suite 2 | ☐ Schedule G, line ___ |
| | Street | |
| | Boca Raton                FL      33487 | |
| | City                State   ZIP Code | |

| 3.51 | ABS Holdings II, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Cir Suite 2 | ☐ Schedule G, line ___ |
| | Street | |
| | Boca Raton                FL      33487 | |
| | City                State   ZIP Code | |

| 3.52 | ABS Holdings III, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 4.12 |
| | 1160 South Rogers Cir Suite 2 | ☐ Schedule G, line ___ |
| | Street | |
| | Boca Raton                FL      33487 | |
| | City                State   ZIP Code | |

| 3.53 | Your Prime Source, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 4.12 |
| | 1696 West Hillsboro Blvd | ☐ Schedule G, line ___ |
| | Street | |
| | Deerfield Beach                FL      33442 | |
| | City                State   ZIP Code | |

| 3.54 | 4All Ventures LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 4.12 |
| | 50 Mechanic Street | ☐ Schedule G, line ___ |
| | Street | |
| | Ballston Spa                NY      12020 | |
| | City                State   ZIP Code | |

| 3.55 | Inventory Management Services, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 2.4 |
| | 110 E Las Olas Blvd Suite 1700 | ☐ Schedule G, line ___ |
| | Street | |
| | Fort Lauderdale                FL      33301 | |
| | City                State   ZIP Code | |

| 3.56 | JAM Wholesale, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 2.4 |
| | 1221 Chenille Circle | ☐ Schedule G, line ___ |
| | Street | |
| | Weston                FL      33327 | |
| | City                State   ZIP Code | |

| 3.57 | Smoothie Holdings, LLC | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 2.4 |
| | 401 E Las Olas Blvd Suite 185 | ☐ Schedule G, line ___ |
| | Street | |
| | Fort Lauderdale                FL      33301 | |
| | City                State   ZIP Code | |

| 3.58 | The 1160 Building Condominium Assoc, Inc | ☐ Schedule D, line ___ |
|------|---|---|
| | Name | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Circle Suite 2 | ☐ Schedule G, line ___ |
| | Street | |
| | Boca Raton                FL      33487 | |
| | City                State   ZIP Code | |

| 3.59 | Brilliant Enterprises, Inc. | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 2503 Princeton Court | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Weston | FL | 33327 | |
| | City | State | ZIP Code | |

| 3.60 | Villages Wellness Center, Inc. | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 510 Country Line Rd #233/T | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Lady Lake | FL | 32159 | |
| | City | State | ZIP Code | |

| 3.61 | Dipromed, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.62 | Stone Medical Group, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.63 | ABS Holdings, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.64 | ABS Holdings II, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.65 | ABS Holdings III, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1160 South Rogers Cir Suite 2 | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Boca Raton | FL | 33487 | |
| | City | State | ZIP Code | |

| 3.66 | Your Prime Source, LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 1696 West Hillsboro Blvd | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Deerfield Beach | FL | 33442 | |
| | City | State | ZIP Code | |

| 3.67 | 4All Ventures LLC | | | ☐ Schedule D, line ____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 2.4 |
| | 50 Mechanic Street | | | ☐ Schedule G, line ____ |
| | Street | | | |
| | Ballston Spa | NY | 12020 | |
| | City | State | ZIP Code | |

Debtor    Douglas Brilliant
          First Name    Middle Name    Last Name                                              Case number (if known) 26-50053

| 3.68 | Brilliant Enterprises, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.30 |
| | 2503 Princeton Court | | ☐ Schedule G, line _____ |
| | Street | | |
| | Weston | FL 33327 | |
| | City | State  ZIP Code | |

| 3.69 | Brilliant Enterprises, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.14 |
| | 2503 Princeton Court | | ☐ Schedule G, line _____ |
| | Street | | |
| | Weston | FL 33327 | |
| | City | State  ZIP Code | |

| 3.70 | Brilliant Enterprises, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.15 |
| | 2503 Princeton Court | | ☐ Schedule G, line _____ |
| | Street | | |
| | Weston | FL 33327 | |
| | City | State  ZIP Code | |

| 3.71 | Brilliant Enterprises, Inc. | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.4 |
| | 2503 Princeton Court | | ☐ Schedule G, line _____ |
| | Street | | |
| | Weston | FL 33327 | |
| | City | State  ZIP Code | |

| 3.72 | Steven Gorn | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line 4.26 |
| | 17858 Deauville Lane | | ☐ Schedule G, line _____ |
| | Street | | |
| | Boca Raton | FL 33496 | |
| | City | State  ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1       Douglas Brilliant
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  _ Northern District of Georgia

Case number    26-50053
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Partner | |
| **Employer's name** | Lake Erie Medical LLC | |
| **Employer's address** | _____<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | _____ | _____ |
| | , _____<br>City     State   ZIP Code | _____<br>City     State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $_____ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $_____ 0.00 | $_____ |

Official Form 106I                    **Schedule I: Your Income**                    page **1**

Debtor 1    Douglas Brilliant
First Name    Middle Name    Last Name

Case number (*if known*)____26-50053_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................... ➔ 4. | | $_____0.00_____ | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____0.00____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____0.00____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____0.00____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____0.00____ | $_____ |
| 5e. **Insurance** | 5e. | $_____0.00____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____0.00____ | $_____ |
| 5g. **Union dues** | 5g. | $_____0.00____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | **+** $_____0.00____ | **+** $_____ |
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |
| _____ | | $_____ | $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $_____0.00____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____0.00____ | $_____ |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $___4,000.00___    $_____

8b. **Interest and dividends**    8b.    $____0.00____    $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $____0.00____    $_____

8d. **Unemployment compensation**    8d.    $____0.00____    $_____

8e. **Social Security**    8e.    $____0.00____    $_____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $____0.00____    $_____

8g. **Pension or retirement income**    8g.    $____0.00____    $_____

8h. **Other monthly income.** Specify: _____    8h.    **+** $____0.00____    **+** $_____

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $___4,000.00___    $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $___4,000.00___ **+** $_____ **=** $___4,000.00___

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ___Contributions to Household_____    11. **+** $___5,901.20___

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $___9,901.20___

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

---

Official Form 106I    **Schedule I: Your Income**    page **2**

Douglas Brilliant                                                                26-50053

Debtor 1 _____        Case number (*if known*)_____
         First Name      Middle Name      Last Name

### Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Douglas Brilliant

Occupation: Partner

Name of Employer: Peachtree Medical Group LLC

Employer's Address:

Length of Employment:

-------

Official Form 106I                    **Schedule I: Your Income**

**Fill in this information to identify your case:**

Debtor 1 _____Douglas Brilliant_____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    Northern District of Georgia
(State)

Case number ____26-50053_____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 19 | ☑ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 7,178.70 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| | | | |
|---|---|---|---|
| Debtor 1 | Douglas Brilliant | Case number (*if known*) | 26-50053 |
| | First Name    Middle Name    Last Name | | |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 350.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 65.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 534.00 |
| | 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 80.00 |
| 10. | **Personal care products and services** | 10. | $ 45.00 |
| 11. | **Medical and dental expenses** | 11. | $ 183.07 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 0.00 |
| | 15b.  Health insurance | 15b. | $ 43.43 |
| | 15c.  Vehicle insurance | 15c. | $ 522.00 |
| | 15d.  Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c.  Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d.  Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 106J    **Schedule J: Your Expenses**    page **2**

Debtor 1    Douglas Brilliant                                          Case number (*if known*)_____26-50053_____

First Name      Middle Name      Last Name

21. **Other**. Specify:_____    21.  **+**$_____0.00

_____         **+**$_____

_____         **+**$_____

22.    **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                          22a.   $_____9,901.20

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.   $_____

and 22b. The result is your monthly expenses.                        22c.   $_____9,901.20

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a.   $_____9,901.20

23b.   Copy your monthly expenses from line 22c above.               23b.  **–**$_____9,901.20

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                            23c.   $_____0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1       Douglas Brilliant
               First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name              Last Name

United States Bankruptcy Court for the   Northern District of Georgia

Case number   26-50053
(If known)

❑ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
          *Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘  /s/ Douglas Brilliant                          ✘ _____
   Signature of Debtor 1                              Signature of Debtor 2

   Date 01/28/2026                                    Date _____
        MM / DD  / YYYY                                    MM / DD  / YYYY

Official Form 106Dec                        **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1     Douglas Brilliant
       First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number    26-50053
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 0.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br><br>(January 1 to December 31, 2025 | ☑ Wages, commissions, bonuses, tips | $ 48,000.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2024 | ☑ Wages, commissions, bonuses, tips | $ 41,000.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page 1 of 9

Debtor   Douglas Brilliant
          First Name   Middle Name   Last Name

Case number *(if known)* 26-50053

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Caroline Alves**<br>Creditor's Name<br>**107 Bowen Ln**<br>Number   Street<br>**Alpharetta GA   30004**<br>City   State   ZIP Code | 11/20/2025<br>11/13/2025<br>11/07/2025<br>10/23/2025<br>10/16/2025<br>10/11/2025<br>11/25/2025 | $ 10,600.00 | $ 180,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

Debtor   Douglas Brilliant
_____
First Name   Middle Name   Last Name

Case number *(if known)* 26-50053

---

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>JPMORGAN CHASE BANK NA VS DOUGLAS BRILLIANT<br>Case number: 25SCE2004 | Contract/Account; Date filed: 10/13/2025 | State Court of Cherokee County<br>Court Name<br>90 North Street<br>Number    Street<br>Canton GA    30114<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>LVNV FUNDING LLC AS SUCCESSOR IN INTEREST TO CROSS RIVER BANK VS DOUGLAS BRILLIANT<br>Case number: 25SCE1430 | Contract/Account; Date filed: 07/21/2025 | State Court of Cherokee County<br>Court Name<br>90 North Street<br>Number    Street<br>Canton GA    30114<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>AMERANT BANK, N.A vs MEDICAL SUPPLY MANAGEMENT, LLC et al<br>Case number:<br>2025-017180-CA-01 | Contract & Indebtedness; Date filed: 09/03/2025 | Miami-Dade<br>Court Name<br>Number    Street<br>AK<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>DANA, SEAN V GORN & ASSOCIATES INC<br>Case number:<br>50-2024-CA-012239XXXAMB | ; Date filed: 12/30/2024 | Palm Beach County<br>Court Name<br>Number    Street<br>AK<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>U.S. BANK NATIONAL ASSOCIATION DBA ELAN FINANCIAL SERVICES VS DOUGLAS BRILLIANT<br>Case number: 25SCE1346 | Contract/Account; Date filed: 07/07/2025 | State Court of Cherokee County<br>Court Name<br>90 North Street<br>Number    Street<br>Canton GA    30114<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>AMERICAN EXPRESS NATIONAL BANK VS DOUGLAS BRILLIANT<br>Case number: 25SCE0321 | Contract/Account; Date filed: 02/15/2025 | State Court of Cherokee County<br>Court Name<br>90 North Street<br>Number    Street<br>Canton GA    30114<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>VELOCITY INVESTMENTS LLC ASSIGNEE OF PROSPER FUNDING LLC VS DOUGLAS BRILLIANT<br>Case number: 24SCE2146 | Contract/Account; Date filed: 12/18/2024 | State Court of Cherokee County<br>Court Name<br>90 North Street<br>Number    Street<br>Canton GA    30114<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

---

Debtor    Douglas Brilliant
          First Name    Middle Name    Last Name

Case number *(if known)* 26-50053

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---------|---------------------|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

Debtor   Douglas Brilliant                                    Case number *(if known)* 26-50053
         First Name   Middle Name   Last Name

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Abacus Credit Counseling |  | 12/30/2025 | $ 25.00 |
| Person Who Was Paid |  |  | $ _____ |
| _____ |  |  |  |
| Number   Street |  |  |  |
| _____ |  |  |  |
| City   State   ZIP Code |  |  |  |
| https://www.abacuscc.org |  |  |  |
| Email or website address |  |  |  |
| _____ |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rountree Leitman Klein & Geer, LLC |  | 12/30/2025 | $ 7,500.00 |
| Person Who Was Paid |  |  | $ _____ |
| 2987 Clairmont Rd |  |  |  |
| Number   Street |  |  |  |
| Suite 350 |  |  |  |
| Atlanta GA   30329 |  |  |  |
| City   State   ZIP Code |  |  |  |
| https://www.rlkglaw.com/ |  |  |  |
| Email or website address |  |  |  |
| Reece Rowland |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor  Douglas Brilliant
First Name   Middle Name   Last Name

Case number *(if known)* 26-50053

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20.Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

**23.Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

| **Part 10:** | **Give Details About Environmental Information** |

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25.Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26.Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27.Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

---

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 6 of 9

Debtor   Douglas Brilliant
First Name   Middle Name   Last Name

Case number *(if known)* 26-50053

---

Brilliant Enterprises, Inc
Business Name

2503 Princeton Court
Number    Street

Weston FL    33327

City    State    ZIP Code

**Describe the nature of the business**

Sales

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 0  4 – 3  5  9  3  5  6  5
**Dates business existed**

From 10/17/2001  To 09/23/2022

---

JAM Wholesale
Business Name

1221 Chenille Circle
Number    Street

Weston FL    33327

City    State    ZIP Code

**Describe the nature of the business**

Sales

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 2  7 – 3  2  2  3  5  8  8
**Dates business existed**

From 08/05/2010  To 09/22/2023

---

Dipromed, LLC
Business Name

1160 South Rogers Cir
Number    Street

Boca Raton FL

City    State    ZIP Code

**Describe the nature of the business**

Sales

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 3  8 – 3  6  7  8  4  3  3
**Dates business existed**

From 04/16/2003  To 09/22/2023

---

Inventory Management Service, LLC
Business Name

110 E Las Olas Blvd
Number    Street

Ft. Lauderdale FL

City    State    ZIP Code

**Describe the nature of the business**

Sales

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 2  6 – 2  2  1  8  7  1  9
**Dates business existed**

From 03/19/2008  To 09/22/2023

---

Smoothie Holdings LLC
Business Name

401 E LAs Olas Blvd
Number    Street

Ft. Lauderdale FL    33301

City    State    ZIP Code

**Describe the nature of the business**

Sales

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 4  7 – 1  9  3  5  3  3  4
**Dates business existed**

From 08/25/2014  To 09/22/2023

---

1160 Building Condo Assoc, INC
Business Name

1160 South Rogers Cir
Number    Street

Boca Raton FL    33487

City    State    ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 6  5 – 0  7  2  4  5  8  6
**Dates business existed**

From 01/31/1997  To 09/23/2022

---

ABS Holdings
Business Name

1160 South Rogers Cir
Number    Street

Boca Raton FL    33487

City    State    ZIP Code

**Describe the nature of the business**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

**EIN:** 3  4 – 1  9  9  8  2  0  3
**Dates business existed**

From 04/16/2004  To 09/22/2023

---

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 7 of 9

Debtor  Douglas Brilliant
First Name   Middle Name   Last Name

Case number *(if known)* 26-50053

| | | |
|---|---|---|
| ABS Holdings II, LLC<br>Business Name<br>1160 South Rogers Cir<br>Number    Street<br>Boca Raton FL    33487<br><br>City          State    ZIP Code | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 2  0 – 2  6  2  1  6  9  1<br>**Dates business existed**<br><br>From 04/01/2005 To 09/22/2023 |
| ABS Holdings III, LLC<br>Business Name<br>1160 South Rogers Cir<br>Number    Street<br>Boca Raton FL    33487<br><br>City          State    ZIP Code | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 4  7 – 5  0  4  7  6  4<br>**Dates business existed**<br><br>From 10/16/2015 To 09/22/2023 |
| Lake Erie Medical LLC<br>Business Name<br>c/o LegalCorp Solutions, LLC<br>Number    Street<br>1275 Glenlivet Drive, Ste 100<br><br>Allentown PA    18106<br><br>City          State    ZIP Code | **Describe the nature of the business**<br>Medical Supplies<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 9  2 – 3  5  0  5  5  4  4<br>**Dates business existed**<br><br>From 04/14/2023 To Current |
| Peachtree Medical Group LLC<br>Business Name<br>13010 Morris Rd<br>Number    Street<br>Suite 650<br><br>Alpharetta GA    30004<br><br>City          State    ZIP Code | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 9  3 – 1  8  9  1  2  0  7<br>**Dates business existed**<br><br>From 06/21/2023 To Current |
| Greenland Stores, LLC<br>Business Name<br>2000 N. Federal Highway<br>Number    Street<br>Delray Beach FL    33483<br><br>City          State    ZIP Code | **Describe the nature of the business**<br>Brick and mortar store.<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>EIN: 2  7 – 3  4  1  1  8  7  0<br>**Dates business existed**<br><br>From _____ To 09/01/2022 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor    Douglas Brilliant                                    Case number *(if known)* 26-50053
_____First Name____Middle Name____Last Name_____

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Douglas Brilliant                              ✖ _____
___Signature of Debtor 1___                            ___Signature of Debtor 2___

Date  01/28/2026                                      Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 9 of 9

**Fill in this information to identify your case:**

Debtor 1    Douglas Brilliant
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(if known)    26-50053

☐ Check if this is
an amended
filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Debtor <u>Douglas Brilliant</u>　　　　　　　　　　　　　Case number*(if known)* <u>26-50053</u>

---

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases   Will the lease be assumed?**

---

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Douglas Brilliant
　　Signature of Debtor 1

✖ _____
　　Signature of Debtor 2

Date 01/28/2026
　　MM/DD/YYYY

Date 01/28/2026
　　MM/DD/YYYY

**Fill in this information to identify your case:**

Debtor 1 __Douglas Brilliant__
First Name                    Middle Name                    Last Name

Debtor 2 _____
(Spouse, if filing) First Name         Middle Name            Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number __26-50053__
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income          12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

---

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ |  |  |  |
| Ordinary and necessary operating expenses | – $_____ | – $_____ |  |  |  |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here ➡ | $_____ | $_____ |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ |  |  |  |
| Ordinary and necessary operating expenses | – $_____ | – $_____ |  |  |  |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here ➡ | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | $_____ | $_____ |
|---|---|---|---|

Debtor 1 <u>Douglas Brilliant</u>
First Name   Middle Name   Last Name

Case number (*if known*) <u>26-50053</u>

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

$\quad$ $_____ $\quad$ $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..............................↓

$\quad\quad$ For you ......................................................... $_____

$\quad\quad$ For your spouse ............................................. $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$\quad$ $_____ $\quad$ $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$\quad$ _____ $\quad$ $_____ $\quad$ $_____

$\quad$ _____ $\quad$ $_____ $\quad$ $_____

$\quad$ Total amounts from separate pages, if any. $\quad$ + $_____ $\quad$ + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$\quad$ $_____ $\quad$ **+** $\quad$ $_____ $\quad$ **=** $\quad$ $_____

$\quad\quad$ **Total current monthly income**

---

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

$\quad$ 12a. $\quad$ Copy your total current monthly income from line 11. ..................................................................... **Copy line 11 here**➡ $\quad$ $_____

$\quad\quad\quad$ Multiply by 12 (the number of months in a year). $\quad$ **x 12**

$\quad$ 12b. $\quad$ The result is your annual income for this part of the form. $\quad$ 12b. $\quad$ $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

$\quad$ Fill in the state in which you live.

$\quad$ Fill in the number of people in your household.

$\quad$ Fill in the median family income for your state and size of household. ..........................................13. $\quad$ $_____

$\quad$ To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

$\quad$ 14a. ❑ $\quad$ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

$\quad$ 14b. ❑ $\quad$ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–*2.*

Debtor 1    Douglas Brilliant
            _____
            First Name    Middle Name    Last Name

Case number *(if known)* 26-50053 _____

---

**Part 3:     Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Douglas Brilliant_____        ✘ _____
Signature of Debtor 1                                   Signature of Debtor 2

Date 01/28/2026_____                                  Date _____
     MM / DD    / YYYY                                        MM / DD    / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**                    page **3**

**Fill in this information to identify your case:**

Debtor 1 _____Douglas Brilliant_____
First Name                Middle Name                Last Name

Debtor 2 _____
(Spouse, if filing) First Name        Middle Name                Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number   26-50053_____
(If known)

☐ Check if this is an amended filing

## Official Form 122A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty**.**

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 122A-1Supp          **Statement of Exemption from Presumption of Abuse Under § 707(b)(2)**          page **1**

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

_____Northern_____ District Of _____Georgia_____

**In re** Douglas Brilliant

Case No. __26-50053__

**Debtor**

Chapter __7__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _7,162.00_

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ _7,162.00_

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _0.00_

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)   Reece Rowland

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/28/2026
*Date*

/s/ William Rountree, 616503
*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC
*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329

AMENDED

S and D Wholesale, Inc.
2160 N Ocean Blvd
Fort Lauderdale, FL 33305


Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84165-0000

AMENDED

United States Bankruptcy Court

Northern District of Georgia

In re:  Douglas Brilliant                                                          Case No.  26-50053

                                                                                            Chapter   7

                              Debtor(s)


**Verification of Creditor Matrix**


        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.



Date:  _____01/28/2026_____          /s/ Douglas Brilliant
                                                              _____
                                                              Signature of Debtor


                                                              _____
                                                              Signature of Joint Debtor