UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        :        CHAPTER 7
                                              :
DOUGLAS BRILLIANT,                            :        CASE NO. 26-50053-JRS
                                              :
     Debtor.                                  :

**REPORT OF CHAPTER 7 TRUSTEE OF ASSETS**
**AND REQUEST FOR BAR DATE**

COMES NOW S. Gregory Hays, Chapter 7 Trustee, and reports to the Court that he may

recover assets for distribution to creditors and hereby requests that the Court set a bar date for

claims.

This 20th day of February, 2026.

                                        */s/ S. Gregory Hays*
                                        S. Gregory Hays
                                        Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060