# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 26-50053-JRS

**Case Name:** DOUGLAS BRILLIANT

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/02/2026 (f)

**§ 341(a) Meeting Date:** 02/03/2026

**Claims Bar Date:** 05/21/2026

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Formally Abandoned OA=§554(a) abandon. | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cell phone, computer, television | 1,100.00 | 0.00 | | 0.00 | FA |
| 2 | Glock<br>Notice of abandonment filed, Dkt # 23. | 125.00 | 0.00 | OA | 0.00 | FA |
| 3 | Everyday Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 4 | 3 dogs<br>Notice of abandonment filed, Dkt # 23. | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | Checking account: Ally Financial | 323.14 | 0.00 | | 0.00 | FA |
| 6 | Checking account: Bank of America Joint with NF Person | 565.18 | 0.00 | | 0.00 | FA |
| 7 | Lake Erie Medical, LLC, 25% ownership<br>Part of Trustee's investigation but no recovery expected. | 0.00 | 1.00 | | 0.00 | 1.00 |
| 8 | Peachtree Medical Group LLC, 25% ownership<br>Part of Trustee's investigation but no recovery expected. | 0.00 | 1.00 | | 0.00 | 1.00 |
| 9 | Avoidance of Transfer of Interest in Real Property (u)<br>Property located at 107 Bowen Lane, Alpharetta, GA 30004. Value assigned is approximately one-half of equity in property. | 350,000.00 | 350,000.00 | | 0.00 | 350,000.00 |
| **9** | **Assets Totals** (Excluding unknown values) | **$352,313.32** | **$350,002.00** | | **$0.00** | **$350,002.00** |

**Major Activities Affecting Case Closing:**

2/20/2026 - Declared as an asset case and three dogs and a Glock were abandoned.

4/8/2026 - Trustee is investigating the transfer of the Debtor's interest in the real property located at 107 Bowen Lane, Alpharetta, GA 30004. Trustee has sent subpoenas to Campbell and Brannon and Angel Oak Mortgage.

5/21/2026 - Claims bar date. Filed unsecured claims total $2,612,814.97.

**Initial Projected Date Of Final Report (TFR):** 06/30/2028

**Current Projected Date Of Final Report (TFR):** 06/30/2028